NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                              Criminal Number  **1:23-448**

**WILLARD PURKEL JR**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

**David I. Courcelle (La. Bar #23696)**
*(Attorney & Bar ID Number)*

Law Office of David I. Courcelle, LLC
*(Firm Name)*

**3500 N. Causeway Blvd., Ste 185**
*(Street Address)*

**Metairie, Louisiana 70002**
*(City)   (State)   (Zip)*

**(504) 828-1315**
*(Telephone Number)*