CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 23-cr-00448-JEB-1 |
| ) | |
| WILLARD PURKEL, JR ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant
David I. Courcelle

I consent:

_____
Assistant United States attorney

Approved:

_____
James E. Boasberg, Chief Judge
United States District Judge

Date: 6/3/2024